UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LOLA LUCIO,

      Plaintiff,                                   Case No. 20-cv-11581
                                                      Hon. Matthew F. Leitman

v.

GORCHIK FLINT LLC, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                                 s/Matthew F. Leitman
                                                                  MATTHEW F. LEITMAN
                                                                  UNITED STATES DISTRICT JUDGE

Dated: November 18, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 18, 2020, by electronic means and/or ordinary mail.

                                                                 s/Holly A. Monda
                                                                Case Manager
                                                                (810) 341-9764